| | |
|---|---|
| LAW OFFICE OF EMILY DELEON<br>EMILY DELEON, SBN 296416<br>651 H. Street<br>Bakersfield, CA 93301<br>Tel: (661) 827-8000<br>Email: emilydeleonlaw@gmail.com<br><br>Attorney for:<br>AUGUSTIN FLORES-DELCID | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>AUGUSTIN FLORES-DELCID,<br><br>Defendants. | Case No. 18-cr-00208-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAURA D. WITHERS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, AUGUSTIN FLORES-DELCID, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for Monday, October 22, 2018, be continued to Monday, October 29, 2018.

I will be unavailable on October 22, 2018 to appear in court as I have prepaid arrangements to be out of the country that week. I have spoken to AUSA Laura Withers and she has no objection to continuing this matter for one week.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

**IT IS SO STIPULATED.**

1

| | |
|---|---|
| DATED: 10/9/2018 | Respectfully Submitted,<br>*/s/ Emily Deleon*<br>EMILY DELON<br>Attorney for Defendant<br>AUGUSTINE FLORES-DELCID |
| DATED: 10/9/2018 | */s/LAURA WITHERS*<br>LAURA WITHERS<br>Assistant U.S. Attorney |

## **ORDER**

IT IS SO ORDERED that the status conference set for October 22, 2018 be continued to October 29, 2018 at 10:00 a.m. in Courtroom 5 at 2500 Tulare Street in Fresno, CA.

IT IS SO ORDERED.

Dated: **October 15, 2018**

_____
UNITED STATES DISTRICT JUDGE