1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              Case No.  1:18-cr-00208-DAD-BAM-1

12              Plaintiff,

13        v.                                 ORDER OF RELEASE

14    AUGUSTIN FLORES-DELCID,

15              Defendant.

16

17        The above-named defendant was sentenced in this action on October 29, 2018 to the

18    custody of the U.S. Bureau of Prisons for a term of credit for time served.

19        Accordingly, the defendant shall be released from custody in connection with this criminal

20    prosecution forthwith, subject to any holds that may have been placed upon him.  A judgment and

21    commitment order will follow.

22    IT IS SO ORDERED.

23        Dated:   **October 29, 2018**        _____

24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28